# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| **NIKKI GIAVASIS,** | Case No. 2:10-cv-09780-SVW -RZ |
| Plaintiff, | **ORDER** |
| vs. | |
| **FIRST REVENUE ASSURANCE,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 9th day of September, 2011.

_____
The Honorable Stephen V. Wilson